**DENY; and Opinion Filed December 17, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01315-CV

### IN RE THE UNKNOWN HEIRS, AND HEIRS WHOSE WHEREABOUTS IS UNKNOWN, OF THELMA FRANCIES SHAW BRADY, Relators

**Original Proceeding from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 025128**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Lang-Miers

Before the Court is relators' petition for writ of mandamus in which they complain of the trial court's denial of relators' motion to dismiss for lack of jurisdiction. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

181315F.P05